IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   3:24-CR-61 (TWD) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **JOHANNES HENRICUS VULTO,** | ) | Violation:   21 U.S.C. §§ 331(a) and 333(a)(1) |
| **Defendant.** | ) | [Introducing Adulterated Food into Interstate Commerce] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense:   Delaware |

**THE UNITED STATES OF AMERICA CHARGES:**

**COUNT 1**
**[Introducing Adulterated Food into Interstate Commerce]**

From in or around July 2014, through and including on or about March 4, 2017, in Delaware County in the Northern District of New York, and elsewhere, the defendant, **JOHANNES HENRICUS VULTO**, did cause the introduction of food into interstate commerce, namely cheese produced at Vulto Creamery that was adulterated because it was prepared, packed, and held under insanitary conditions whereby it may have been rendered injurious to health under Title 21, United States Code, Section 342(a)(4), and in violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

Dated:  January 30, 2024

CARLA B. FREEDMAN
United States Attorney

By:  _____
Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952

                AMANDA N. LISKAMM
                DIRECTOR
                U.S. DEPARTMENT OF JUSTICE
                CONSUMER PROTECTION BRANCH

By: _____
                James T. Nelson
                Senior Trial Attorney
                United States Department of Justice
                Consumer Protection Branch